UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DONNA K. HICKMAN,<br>Plaintiff<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br>Defendant. | Case No. 8:17-cv-00475-GJS<br><br>**JUDGMENT** |
|---|---|

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED and this action is DISMISSED WITH PREJUDICE.

DATED: June 06, 2018

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE